THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leonard 
 Green A/K/A Leonard Greene Appellant.
 
 
 

Appeal From Allendale County
Perry M. Buckner, Circuit Court Judge
Unpublished Opinion No.  2008-UP-061
Submitted January 2, 2008  Filed January 16, 2008
APPEAL DISMISSED

 
 
 
 Assistant
 Appellant Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of Columbia; and Solicitor I. McDuffie Stone, III, of Hampton, for
 Respondent.
 
 
 

PER
 CURIAM:  Leonard Green
 appeals his convictions for first-degree burglary, kidnapping, and grand
 larceny, as well as his sentences of twenty-five years imprisonment for
 burglary, fifteen years for kidnapping, and five years for larceny.  Green
 argues the trial court erred in refusing to suppress evidence of the victims
 checkbook found at Greens residence because the item was not listed with
 specificity in the search warrant.  After
 a thorough review of the record, counsels brief, and Greens pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Greens appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, SHORT AND WILLIAMS, JJ., Concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.